UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Brian C. Nicholas Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
bnicholas@kmllawgroup.com
Attorneys for Rocket Mortgage, Llc F/K/A Quicken Loans, Llc F/K/A Quicken Loans Inc.

In Re:
Elizabeth Abrao aka Elizabeth Mondano

Debtor(s).

Case No: 23-16072 MBK

Chapter: 13

Judge: Michael B. Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Rocket Mortgage, Llc F/K/A Quicken Loans, Llc F/K/A Quicken Loans Inc.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 07/21/2023

/s/ Denise Carlon
Denise Carlon
21 Jul 2023, 09:40:50, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*